UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHESKEL GROSS, individually and on behalf of all others similarly situated,<br><br>                                      Plaintiff,<br>v.<br>MIDLAND CREDIT MANAGEMENT,<br>                                      Defendant. | Case No.: 21-cv-72 JLS (WVG)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>(ECF No. 14) |

Presently before the Court is the Parties' Joint Motion to Dismiss with Prejudice (ECF No. 14). Good cause appearing, the Court **GRANTS** the Joint Motion. As stipulated by the Parties, the Court **DISMISSES WITH PREJUDICE,** with each Party to bear its own costs and attorney's fees. The Clerk of Court shall close the file.

      **IT IS SO ORDERED.**

Dated:  April 26, 2021

                                                      Hon. Janis L. Sammartino
                                                      United States District Judge